No. 158. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* CANFIELD. October 9, 1933. Petition for writ of

certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Biggs* for petitioner. *Messrs. Edwin H. Cassels* and *Adolphus E. Graupner* for respondent.